UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MYKHAILO PIENTAK** | **CIVIL ACTION NO. 25-1389 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S DEPT OF HOMELAND SECURITY ET AL** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT OF DISMISSAL

Considering Petitioner's Motion for Voluntary Dismissal (R. Doc. 16),

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 9th day of February, 2026.

_____
JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE